Joshua Hanners
E-mail: redallaw@gmail.com
ISB# 12053
Redal & Redal
5431 N. Government Way Suite 101A
Coeur d'Alene, ID 83815
Telephone: (208) 676-9999

Michael S. Zummer*
E-mail: afbilitigation@gmail.com
La. Bar No. 31375
2337 Magazine St. Unit D
New Orleans, LA 70130
Telephone: (504) 717-5913
*Pro Hac Vice Application Forthcoming

*Counsel for Movant Zachery C. Schoffstall*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES FOR A SEARCH WARRANT OF THIRTY-SEVEN ELECTRONIC DEVICES SEIZED FROM JARED M. BOYCE, NATHAN D. BRENNER, COLTON M. BROWN, JOSIAH D. BUSTER, MISHAEL J. BUSTER, DEVIN W. CENTER, DYLAN C. CORIO, WINSTON W. DURHAM, GARRET J. GARLAND, BRANDEN M. HANEY, RICHARD J. JESSOP, JAMES M. JOHNSON, JAMES J. JOHNSON, KIERAN P. MORRIS, LAWRENCE A. NORMAN, JUSTIN M. OLEARY, CAMERON K. PRUITT, FORREST C. RANKIN, THOMAS R. ROUSSEAU, CONOR J. RYAN, SPENCER T. SIMPSON, ALEXANDER N. SISENSTEIN, DEREK J. SMITH, DAKOTA R. TABLER, STEVEN D. TUCKER, WESLEY E. VAN HORN, MITCHELL F. WAGNER, NATHANIEL T. WHITFIELD, ROBERT B. WHITTED, GRAHAM J. WHITSOM, AND CONNOR P. MORAN IN KOOTENAI COUNTY, IDAHO ON JUNE 11, 2022 | Misc. Case No.: <br><br> **MOTION TO UNSEAL** |

Pursuant to the common law right of access to records of judicial proceedings and the Federal Rule of Civil Procedure 24(b), Zachery Schoffstall ("Movant") respectfully requests that this Court unseal certain documents. As set forth in the accompanying memorandum, Movant seeks the unsealing of a search warrant application, affidavit, and accompanying materials that the United States filed to obtain a search warrant for thirty-seven electronic devices seized from the following thirty-one individuals, who were arrested in Kootenai County, Idaho by state and local officials (hereinafter "state officials") on June 11, 2022, and reported to be members of a group called "Patriot Front": Jared M. Boyce, Nathan D. Brenner, Colton M. Brown, Josiah D. Buster, Mishael J. Buster, Devin W. Center, Dylan C. Corio, Winston W. Durham, Garret J. Garland, Branden M. Haney, Richard J. Jessop, James M. Johnson, James J. Johnson, Kieran P. Morris, Lawrence A. Norman, Justin M. Oleary, Cameron K. Pruitt, Forrest C. Rankin, Thomas R. Rousseau, Conor J. Ryan, Spencer T. Simpson, Alexander N. Sisenstein, Derek J. Smith, Dakota R. Tabler, Steven D. Tucker, Wesley E. Van Horn, Mitchell F. Wagner, Nathaniel T. Whitfield, Robert B. Whitted, Graham J. Whitsom, and Connor P. Moran.[1]

September 12, 2024                                  Respectfully submitted,

                                                                               /s/Joshua Hanners
                                                                               Joshua Hanners
                                                                               Counsel for Movant

                                        AND

                                                                               Michael S. Zummer* (La. Bar No. 31375)
                                                                               Counsel for Movant
                                                                               *Pro Hac Vice Application Forthcoming

---

[1] Movant has not had access to the search warrant materials since shortly before they were filed. Thus, he is describing the materials to the best of his ability based upon his memory and publicly available information.

## CERTIFICATE OF SERVICE

I, Whitney Phelps, certify that on September 12, 2024, a true and correct copy of the foregoing Motion to Unseal was served by U.S. Mail, certified postage prepaid, electronic return receipt requested, on the following counsel for the U.S. government, with a courtesy copy transmitted by electronic mail, to:

Joshua D. Hurwit
U.S. Attorney for the District of Idaho
United States Attorney's Office
1290 West Myrtle Street
Suite 500
Boise, ID 83702

                                                          */s/Whitney Phelps*
                                                          Whitney Phelps
                                                          Paralegal to Joshua Hanners